IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC O'BRIEN JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-293 (MTT) |
| Warden MCLAUGHLIN, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 75). The Magistrate Judge recommends granting the Defendants' motion for summary judgment (Doc. 61) because the Plaintiff failed to show that there is a genuine issue of material fact with regard to whether an Eighth Amendment violation occurred.

The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the Order of this Court. Accordingly, the Defendants' motion for summary judgment is **GRANTED**.[1]

**SO ORDERED**, this 30th day of January, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court adopts the Magistrate Judge's recommendation that the claims against Defendant Freeman, who was never properly served, be dismissed.