IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC O'BRIEN JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-293 (MTT) |
| Warden MCLAUGHLIN, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 75). The Magistrate Judge recommends granting the Defendants' motion for summary judgment (Doc. 61) because the Plaintiff failed to show that there is a genuine issue of material fact with regard to whether an Eighth Amendment violation occurred.

The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the Order of this Court. Accordingly, the Defendants' motion for summary judgment is **GRANTED**.[1]

---

[1] The Court adopts the Magistrate Judge's recommendation that the claims against Defendant Freeman be dismissed. This dismissal is not based on any fault of the Plaintiff; rather, it is based on the fact that the Magistrate Judge made a reasonable effort on the Plaintiff's behalf to locate and serve Defendant Freeman and was unsuccessful. *See Richardson v. Johnson*, 598 F.3d 734, 738-40 (11th Cir. 2010); Fed. R. Civ. P. 4(m). After several attempts to serve Defendant Freeman, the personnel manager at Macon State Prison informed the court-appointed agent that "a Nathaniel Freeman has never been employed [at Macon State Prison]," at least since the personnel manager began working there in 1992. (Docs. 47; 52; 54; 55; 57;

-2-

**SO ORDERED**, this 5th day of February, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

58).  Thus, dismissal is appropriate because Defendant Freeman cannot be located with reasonable effort.  *Richardson*, 598 F.3d at 740.